Exhibit 2

Charted Claim:
Method Claim: 1

| CLAIM 1 (US9455987B2) | WeWork ("Accused Product") |
|---|---|
| 1. A method of geo-verification for access to data stored in a memory of a server having a processor and a network interface connected to the memory, the method comprising: | *WeWork uses GPS-based checks (geo-verification) to access a WeWork co-working location. It utilizes GPS check and user authentication to access confirmation data & booking details stored in a server memory of the WeWork. WeWork server must be having processor, memory and network interface.*<br><br><br><br>Link: https://www.wework.com/ |



Link: https://play.google.com/store/apps/details?id=com.wework.ondemand&hl=en_US

| Device, Internet & Network Activity Information | Data from which your device could be identified, such as device ID or other unique identifiers, or about your device, such as browser type, your geolocation information (taken through your mobile device's GPS signal, browser's WIFI signal or Bluetooth technology, if your device settings allow for this), IP address, MAC address, data and other information relating to your device and activity on and use of our websites, mobile applications, emails and online content, to the extent such data is considered Personal Data under applicable data protection laws. |
| --- | --- |

Link: https://www.wework.com/legal/global-privacy-policy

**11.7 Precise Location-Based Services**

With your consent, we may collect the approximate physical location of your device by using GPS, Bluetooth, cell phone tower locations, Wi-Fi signals and/or other technologies to improve special offers and to enable location-based services. We collect this data if you opt in through the WeWork Apps or other program (either during your initial login or later). If you have opted in to share your location, the WeWork Apps or other program will be able to collect your location data based on how you chose to share the data. You can specify via your device's operating system (such as through the "Settings" icon) to always share location data, only when the App is in use or never. If you choose only when the App is in use, we will have access to the data until you log off or close the application or if you use your phone's or other device's settings to disable location capabilities for the WeWork App or other program.

Link: https://www.wework.com/legal/global-privacy-policy

| Account Information | Data associated with your WeWork account, such as username, password, profile picture and designated WeWork "home" location. |
|---|---|

Link: https://www.wework.com/legal/global-privacy-policy



Link: https://www.wework.com/solutions/wework-all-access

**What spaces do I get access to as part of my WeWork All Access monthly membership?**

WeWork All Access monthly memberships (Basic, Plus and Dynamic) include one (1) coworking space booking per day, as well as the ability to book meeting rooms by the hour and private offices by the day using credits at select locations based upon your WeWork All Access membership plan.

If it's your first time in a building, check in with the Community Team at the Front Desk to receive your WeWork keycard. Please note that your first booking must be a non-holiday weekday during business hours.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

**Can I make a booking at multiple locations on the same day?**

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.

 

Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard

| | |
|---|---|
| a) receiving a selection of an approved location from the client computing device; | *Wework allows a user to select a location for coworking work space. It allows the user to book a desk location or private office location.* |



Link: https://www.wework.com/



Link: https://play.google.com/store/apps/details?id=com.wework.ondemand&hl=en_US

**Account Information**   Data associated with your WeWork account, such as username, password, profile picture and designated WeWork "home" location.

Link: https://www.wework.com/legal/global-privacy-policy

## Compare memberships

| | WeWork All Access **BASIC** | Starting at ~~$199/mo~~ **$160/mo\*** + tax | | WeWork All Access **PLUS** | ✨ Most popular<br>Starting at ~~$299/mo~~ **$240/mo\*** + tax |
|---|---|---|---|---|---|
| | Work from **150+** Locations\*\* | View locations | | Work from **450+** Locations\*\* | View locations |
| | ✓ 1 coworking space booking included per day | | | ✓ 1 coworking space booking included per day | |
| | ✓ 2 credits included per month to book meeting rooms and private offices | | | ✓ 5 credits per month to book meeting rooms and private offices | |
| | **Buy now** | | | **Buy now** | |

Link: https://www.wework.com/solutions/wework-all-access

**What spaces do I get access to as part of my WeWork All Access monthly membership?**

WeWork All Access monthly memberships (Basic, Plus and Dynamic) include one (1) coworking space booking per day, as well as the ability to book meeting rooms by the hour and private offices by the day using credits at select locations based upon your WeWork All Access membership plan.

If it's your first time in a building, check in with the Community Team at the Front Desk to receive your WeWork keycard. Please note that your first booking must be a non-holiday weekday during business hours

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

| b) determining whether a licensed number of approved geographic areas associated with the client computing device has been exceeded; | *Wework allows a user to select a location for coworking work space. It allows the user to book a desk location or private office location. It also determines the user's booking status.*<br><br>*For WeWork all access membership, it allows a single co-working space booking per day. When a user tries to book a co-working location, it determines that whether it is a single location booked under the membership for the day or exceeding approved number of locations (e.g., more than a* |
|---|---|

*single booking, etc.).*



Link: https://www.wework.com/



Link: https://play.google.com/store/apps/details?id=com.wework.ondemand&hl=en_US

**Account Information**   Data associated with your WeWork account, such as username, password, profile picture and designated WeWork "home" location.

Link: https://www.wework.com/legal/global-privacy-policy

## Compare memberships

| | | Most popular |
|---|---|---|
| WeWork All Access **BASIC** | Starting at $199/mo $160/mo* + tax | WeWork All Access **PLUS** — Starting at $299/mo $240/mo* + tax |

| WeWork All Access **BASIC** | | WeWork All Access **PLUS** | |
|---|---|---|---|
| Starting at | $199/mo $160/mo* + tax | Starting at | $299/mo $240/mo* + tax |
| Work from **150+** Locations** | View locations | Work from **450+** Locations** | View locations |
| ✓ 1 coworking space booking included per day | | ✓ 1 coworking space booking included per day | |
| ✓ 2 credits included per month to book meeting rooms and private offices | | ✓ 5 credits per month to book meeting rooms and private offices | |
| Buy now | | Buy now | |

Link: https://www.wework.com/solutions/wework-all-access

### What spaces do I get access to as part of my WeWork All Access monthly membership?

WeWork All Access monthly memberships (Basic, Plus and Dynamic) include one (1) coworking space booking per day, as well as the ability to book meeting rooms by the hour and private offices by the day using credits at select locations based upon your WeWork All Access membership plan.

If it's your first time in a building, check in with the Community Team at the Front Desk to receive your WeWork keycard. Please note that your first booking must be a non-holiday weekday during business hours

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

| c) generating an approved geographic area based on the selected location; | *WeWork allows a user to select a location for coworking work space. It allows the user to book a desk location or private office location. When the user books the location, it enables using a mobile key accessing confirmation data at the WeWork co-working office area.* |
|---|---|

### Can I make a booking at multiple locations on the same day?

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.

 

Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard

| | |
|---|---|
| d) storing, in the memory, access control data including the approved geographic area; | *WeWork server stores the user's mobile key data to allow access at the booked WeWork co-working office area.* |

### Can I make a booking at multiple locations on the same day?

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

### How do I access WeWork On Demand locations?                              —

When you arrive at WeWork for your first visit, check in with a member of our Community team at the Community Bar. They will get you set up with a keycard for all future reservations. Make sure to bring your photo ID, which is needed for keycard activation. For future bookings, your keycard will automatically activate for your booked location 20 minutes prior to your reservation start time.

Link: https://www.wework.com/solutions/wework-on-demand#

## WeWork FAQs

WeWork's Frequently Asked Questions page is a central hub where its customers can always go to with their most common questions. These are the 119 most popular questions WeWork receives.

### Frequently Asked Questions About WeWork

#### How do I turn mobile keycards on?                                        ˄

Mobile keycards can be turned on from the WeWork app by clicking "Account" in the bottom menu &gt; Click "Manage Keycard" &gt; Click "WeWork Mobile Keycard" &gt; then go through the flow of activating Bluetooth &amp; "Always Allow" Location permissions.

Link: https://www.comparably.com/companies/wework/faqs

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.



Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard

| | |
|---|---|
| e) receiving at the processor, from the client computing device via the network interface, a request for access to the data, the request containing a client location of the client computing device, the client location including global positioning | *WeWork allows the user to provide mobile key data at the booked location to access the booking confirmation details. When the user provides the mobile key data along with its GPS location to the WeWork server, WeWork checks the mobile key data & location information to provide access confirmation message.* |

| system (GPS) coordinates; | **Can I make a booking at multiple locations on the same day?**<br><br>WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.<br><br>Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US<br><br>**How do I access WeWork On Demand locations?** —<br><br>When you arrive at WeWork for your first visit, check in with a member of our Community team at the Community Bar. They will get you set up with a keycard for all future reservations. Make sure to bring your photo ID, which is needed for keycard activation. For future bookings, your keycard will automatically activate for your booked location 20 minutes prior to your reservation start time.<br><br>Link: https://www.wework.com/solutions/wework-on-demand#<br><br>**WeWork FAQs**<br><br>WeWork's Frequently Asked Questions page is a central hub where its customers can always go to with their most common questions. These are the 119 most popular questions WeWork receives.<br><br>**Frequently Asked Questions About WeWork**<br><br>How do I turn mobile keycards on?                                                    ^<br><br>Mobile keycards can be turned on from the WeWork app by clicking "Account" in the bottom menu &gt; Click "Manage Keycard" &gt; Click "WeWork Mobile Keycard" &gt; then go through the flow of activating Bluetooth &amp; "Always Allow" Location permissions.<br><br>Link: https://www.comparably.com/companies/wework/faqs |

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.



Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard

| | |
|---|---|
| f) comparing, at the processor, the client location to the approved geographic area; | *WeWork allows the user to provide mobile key data at the booked location to access the booking confirmation details. When the user provides the mobile key data along with its GPS location to the WeWork server, WeWork checks the mobile key data & location information to provide access details.* |

**Can I make a booking at multiple locations on the same day?**

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

## How do I access WeWork On Demand locations?  —

When you arrive at WeWork for your first visit, check in with a member of our Community team at the Community Bar. They will get you set up with a keycard for all future reservations. Make sure to bring your photo ID, which is needed for keycard activation. For future bookings, your keycard will automatically activate for your booked location 20 minutes prior to your reservation start time.

Link: https://www.wework.com/solutions/wework-on-demand#

## WeWork FAQs

WeWork's Frequently Asked Questions page is a central hub where its customers can always go to with their most common questions. These are the 119 most popular questions WeWork receives.

### Frequently Asked Questions About WeWork

**How do I turn mobile keycards on?**  ^

Mobile keycards can be turned on from the WeWork app by clicking "Account" in the bottom menu &gt; Click "Manage Keycard" &gt; Click "WeWork Mobile Keycard" &gt; then go through the flow of activating Bluetooth &amp; "Always Allow" Location permissions.

Link: https://www.comparably.com/companies/wework/faqs

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.

 

Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard

| | |
|---|---|
| g) when the client location is within the approved geographic area, permitting access to the data for the client computing device via the network interface; and | *WeWork allows the user to provide mobile key data at the booked location to access the booking confirmation details. The user provides the mobile key data along with its GPS location to the WeWork server to check the mobile key data & location information to provide access details. When the GPS location is same as the booked location, it allows access and provides confirmation details.* |

### Can I make a booking at multiple locations on the same day?

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

### How do I access WeWork On Demand locations?    —

When you arrive at WeWork for your first visit, check in with a member of our Community team at the Community Bar. They will get you set up with a keycard for all future reservations. Make sure to bring your photo ID, which is needed for keycard activation. For future bookings, your keycard will automatically activate for your booked location 20 minutes prior to your reservation start time.

Link: https://www.wework.com/solutions/wework-on-demand#

## WeWork FAQs

WeWork's Frequently Asked Questions page is a central hub where its customers can always go to with their most common questions. These are the 119 most popular questions WeWork receives.

### Frequently Asked Questions About WeWork

#### How do I turn mobile keycards on?    ^

Mobile keycards can be turned on from the WeWork app by clicking "Account" in the bottom menu &gt; Click "Manage Keycard" &gt; Click "WeWork Mobile Keycard" &gt; then go through the flow of activating Bluetooth &amp; "Always Allow" Location permissions.

Link: https://www.comparably.com/companies/wework/faqs

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.




Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard



| | |
|---|---|
| h) when the client location is not within the approved geographic area, denying the request. | *WeWork allows the user to provide mobile key data at the booked location to access the booking confirmation details. The user provides the mobile key data along with its GPS location to the WeWork server to check the mobile key data & location information to provide access details. When the GPS location is same as the booked location, it doesn't provide confirmation details.* |

### Can I make a booking at multiple locations on the same day?

WeWork All Access monthly memberships (i.e., All Access Basic, Plus and Dynamic) include one (1) workspace booking per day. Additional workspace bookings for the same day may only be reserved at other available WeWork locations, and you will be charged one (1) credit per additional workspace booking. WeWork All Access Pay Per Use is a usage-based membership and multiple bookings can be made in a single day, with each workspace booking charged at two (2) credits. You can also make multiple types of bookings on the same day, with each booking charged individually.

Link: https://help.wework.com/s/article/WeWork-All-Access-FAQs?language=en_US

### How do I access WeWork On Demand locations?   —

When you arrive at WeWork for your first visit, check in with a member of our Community team at the Community Bar. They will get you set up with a keycard for all future reservations. Make sure to bring your photo ID, which is needed for keycard activation. For future bookings, your keycard will automatically activate for your booked location 20 minutes prior to your reservation start time.

Link: https://www.wework.com/solutions/wework-on-demand#

## WeWork FAQs

WeWork's Frequently Asked Questions page is a central hub where its customers can always go to with their most common questions. These are the 119 most popular questions WeWork receives.

### Frequently Asked Questions About WeWork

#### How do I turn mobile keycards on?   ^

Mobile keycards can be turned on from the WeWork app by clicking "Account" in the bottom menu &gt; Click "Manage Keycard" &gt; Click "WeWork Mobile Keycard" &gt; then go through the flow of activating Bluetooth &amp; "Always Allow" Location permissions.

Link: https://www.comparably.com/companies/wework/faqs

Unburdening WeWork members from having to carry (sometimes multiple) physical cards to gain access to spaces and amenities gave reason to start looking into creating door-hardware agnostic solutions. Starting with a simple v1 using bluetooth and location services, the mobile keycard feature is currently rolling through beta testing phases and on its way to a wider general release. Concurrently, I'm leading a team who is exploring deeper integration capabilities with native devices, and the offerings it can bring.

 

Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard



Link: https://www.misterdorsey.com/wework-mobile-keycard