IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PassTron LLC,** | Case No. 1:25-cv-04308-ER |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **WeWork Companies Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated:  June 2 , 2025
       New York, New York

_____
EDGARDO RAMOS
United States District Judge